**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ESTATE OF KATHY RITNER, *et al.*, | Case No. 2:15-cv-02444-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER DEYING MOTION TO DISMISS AS MOOT** |
| CLARK COUNTY, *et al.*, | (Dkt. #5) |
| Defendants. | |

In light of the voluntary dismissal of defendant Clark County (Dkt. #13),

IT IS ORDERED that defendant Clark County's motion to dismiss **(Dkt. #5) is DENIED as moot.**

DATED this 4th day of April, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE