# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ESTATE OF KATHY RITNER, et al.,

    Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No.  2:15-cv-02444-APG-CWH

**ORDER**

      Presently before the Court is Defendants Las Vegas Metropolitan Police Department and Sheriff Doug Gillespie's Emergency Motion to Compel Responses and Answers to Said Defendants' First Set of Written Discovery (ECF No. 27), filed on June 17, 2016.

      The Court has reviewed and considered the motion and finds that Defendants' attorney's affidavit does not comply with the Court's local rules.  Local Rule 7-4(a) requires that emergency motions include a declaration "certifying that, after participation in the meet-and-confer process to resolve the dispute, the movant has been unable to resolve the matter without court action."  Local Rule IA 1-3(f) defines "meet and confer" as used in the Court's local rules:

> 'meet and confer' means to communicate directly and discuss in good faith the issues required under the particular rule or court order. This requirement is reciprocal and applies to all participants.  Unless these rules or a court order provide otherwise, this requirement may only be satisfied through direct dialogue and discussion in a face-to-face meeting, telephone conference, or video conference. The exchange of written, electronic, or voice-mail communications does not satisfy this requirement.

      Based on Defendants' attorney's affidavit, it appears the meet-and-confer efforts in this case consisted of exchanging written correspondence, which does not comply with the Court's meet-and-confer rule.  The Court therefore will deny the motion without prejudice.

///

IT IS THEREFORE ORDERED that Defendants Las Vegas Metropolitan Police Department and Sheriff Doug Gillespie's Emergency Motion to Compel Responses and Answers to Said Defendants' First Set of Written Discovery (ECF No. 27) is DENIED without prejudice.

DATED: June 21, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**