# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTATE OF KATHY RITNER, *et al.*, | Case No. 2:15-cv-02444-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO DISMISS** |
| CLARK COUNTY, *et al.*, | (ECF No. 32) |
| Defendants. | |

I previously granted the defendants' motion to dismiss and gave the plaintiffs until October 4, 2016 to file an amended complaint. ECF No. 31. The plaintiffs did not file an amended complaint by that date. Defendants Las Vegas Metropolitan Police Department and Sheriff Douglas Gillespie move to dismiss this action for failure to prosecute. The plaintiffs did not respond to that motion. Consequently, it appears the plaintiffs have abandoned this case.

IT IS THEREFORE ORDERED that defendants Las Vegas Metropolitan Police Department and Sheriff Douglas Gillespie's motion to dismiss **(ECF No. 32) is GRANTED. This action is dismissed without prejudice.** The clerk of court is directed to close this case.

DATED this 3rd day of January, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE